CHARLES HENDRY, as Administrator of the Estate of LILLIAN HENDRY, Deceased, et al., Respondents, Impleaded with Others, *v.* TITLE GUARANTEE AND TRUST COMPANY, Appellant.

Argued April 11, 1939; decided May 16, 1939.

*Flynn L. Andrew* and *John M. Friedman* for appellant.

*Raymond L. Wise, Elliott L. Biskind* and *William Esbitt* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.